# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-25-00648-CR

---

**Dustin Steven Fell, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 466TH DISTRICT COURT OF COMAL COUNTY
NO. CR2024-221E, THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING**

---

### M E M O R A N D U M   O P I N I O N

Dustin Steven Fell was charged with the felony offense of theft of property with a value of $30,000 or more but less than $150,000. *See* Tex. Penal Code § 31.03(a), (b), (e)(5). He pleaded not guilty to the charged offense. Following the guilt-innocence phase, the jury found him guilty of the charged offense. A punishment hearing was held before the trial court, and the trial court sentenced him to ten years' imprisonment and rendered its judgment of conviction accordingly. *See* Tex. Code Crim. Proc. art. 37.07, § 2; Tex. Penal Code § 12.34. He appealed the trial court's judgment of conviction.

Fell's court-appointed attorney on appeal filed a motion to withdraw supported by an *Anders* brief contending that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744-45 (1967). Fell's court-appointed attorney's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating

that there are no arguable grounds to be advanced. *See id.*; *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that *Anders* briefs serve purpose of "assisting the court in determining both that counsel in fact conducted the required detailed review of the case and that the appeal is . . . frivolous"). Fell's counsel represented to the Court that he provided copies of the motion and brief to Fell; advised Fell of his right to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeal in this Court; and provided Fell with a form motion for pro se access to the appellate record along with the mailing address of this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Fell has not requested a copy of the appellate record or filed a pro se brief, and the time permitted to file a brief has expired.

We have independently reviewed the record and considered Fell's appellate brief filed by counsel, and we have found nothing that might arguably support the appeal. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeal is frivolous and without merit. Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment of conviction.

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Affirmed

Filed: May 14, 2026

Do Not Publish

2